**James S. COLE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77947**

Missouri Court of Appeals, Western District.

ORDER FILED: September 29, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied October 27, 2015

**Jerome MCCLENDON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED 102442**

Missouri Court of Appeals, Eastern District, **DIVISION ONE.**

FILED: October 6, 2015

Rehearing and/or Transfer Denied November 25, 2015

Application for Transfer Denied January 26, 2016

S. Kate Webber, Kansas City, MO, Counsel for Appellant.

Evan Buchheim, Jefferson City, MO, Counsel for Respondent.

Before Division Two: Thomas H. Newton, P.J., Victor C. Howard, and Mark D. Pfeiffer, JJ.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

**ORDER**

Per Curiam:

Mr. James S. Cole appeals from a judgment denying his post-conviction relief motion under Rule 24.035 without an evidentiary hearing.